Electronically Filed 09/12/2013 11:09:33 AM ET

IN THE COUNTY COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
SUWANNEE COUNTY, FLORIDA

CASE NO.: 13-169-CC

DIVISION:

DEBRA AIKENS,

    Plaintiff,

vs.

HEALTH CARE SERVICE CORPORATION, A
MUTUAL RESERVE COMPANY, d/b/a BLUE
CROSS BLUE SHIELD,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DEBRA AIKENS, by and through her undersigned attorney, sues Defendant HEALTHCARE SERVICE CORPORATION, a Mutual Legal Reserve Company, d/b/a BLUE CROSS BLUE SHIELD, and alleges:

1. This is an action for damages in excess of $5,000.00, but less than $15,000.00, exclusive of costs, interest and attorneys' fees.

2. At all times material hereto, plaintiff was employed in Live Oak, Suwannee County, Florida, and the contract of insurance that is the subject of the instant action arose in Suwannee County by virtue of her employment relationship in Live Oak, Florida.

1

E-FILED

3.  At all times material hereto, the defendant, HEALTHCARE SERVICE CORPORATION, a Mutual Legal Reserve Company (hereinafter "Blue Cross Blue Shield") was and remains registered and authorized to provide insurance in the State of Florida and maintained agents in Live Oak, Suwannee County, Florida for the transaction of its customary business.

4.  At all times material hereto, Defendant HEALTHCARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY was doing business as Blue Cross Blue Shield.

5.  In 2008, Plaintiff was admitted to Azalea Center for Plastic Surgery Center for bilateral mammaplasty reduction. At the time of admission to Azalea Center for Plastic Surgery Center, the Plaintiff was insured under a policy of health insurance by the Defendant, BLUE CROSS BLUE SHIELD. Said procedure had been pre-approved by defendant.

6.  As a result of the admission to Azalea Center for Plastic Surgery Center, and related medical care rendered by other health care providers, the Plaintiff incurred reasonable expenses for necessary medical care and treatment.

7.  A policy of insurance was in full force and effect on the date of the accident. A copy of the subject insurance card pertaining to the above-referenced policy is attached as Exhibit "A". Upon information and belief, the Blue Cross Blue Shield policy number is 004311. Plaintiff is not in possession of said

2

policy, but the subject policy is maintained, possessed, and can be produced by defendant.

8. The Plaintiff gave notice of covered losses and made demand for benefits for reasonable, necessary and related medical treatment. On or about September 15, 2008, defendant denied plaintiff's claim and wrongfully refused to pay for the bills arising from the subject medical care.

9. The Plaintiff has performed all conditions precedent to entitle the Plaintiff to recover benefits for said necessary medical treatment regarding the above-described policy.

10. The Defendant has failed to pay the Plaintiff's covered losses despite the fact that the defendant has no reasonable proof to establish that it is not responsible for the payment.

11. Due to the failure of the Defendant to pay benefits in accordance with the law, Plaintiff has been required to retain the law firm of Meyers & Stanley, for the prosecution of this suit. The Plaintiff has agreed to pay, and the attorneys of the firm have agreed to accept, a reasonable fee awarded by the Court.

12. The defendant has failed to pay the statutory interest penalties and the statutory attorneys' fees required by law.

13. The Plaintiff would derive a direct benefit from the Court's judgment ordering the defendant to pay interest and

3

attorneys' fees even if Defendant pays all or some of the disputed benefits before judgment is entered after suit is filed.

WHEREFORE, Plaintiff, DEBRA AIKENS, demands judgment against Defendant, HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, for payment of the covered benefits up to the limits of the policy, judgment for damages, reasonable attorneys' fees, and the costs of this action.

### DEMAND FOR JURY TRIAL

Plaintiff, DEBRA AIKENS, demands a trial by jury on all issues so triable.

MEYERS & STANLEY

_____
J. Alfred Stanley, Jr.
Florida Bar No.: 0808024
1904 University Blvd. West
Jacksonville, FL 32217
(904) 367-8747
(9094) 367-0650 (facsimile)
Attorneys for Plaintiff
Astanley@Astanleylaw.com
Pleadings@Astanleylaw.com